### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIONYX, LLC, | |
| *Plaintiff*, | |
| v. | C.A. No. 1:24-cv-12354-JEK |
| APPLE INC., | |
| *Defendant*. | **JURY TRIAL DEMANDED** |

## **DEFENDANT APPLE INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Apple Inc. discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of Apple's stock.

Dated: October 2, 2024

Respectfully submitted,

*/s/ Michael Strapp*
Michael Strapp (BBO #653884)
Safraz Ishmael (BBO #657881)
Claire E. Schuster (BBO #698400)
**DLA Piper LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: 617.406.6031
Facsimile: 617.406.6100
michael.strapp@us.dlapiper.com
safraz.ishmael@us.dlapiper.com
claire.schuster@us.dlapiper.com
*Attorneys for Defendant*

1

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 2, 2024.

                                      */s/ Michael Strapp*
                                      Michael Strapp