IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIONYX, LLC,<br><br>   *Plaintiff*,<br><br> v.<br><br>APPLE INC.,<br><br>   *Defendant*. | C.A. No. 1:24-cv-12354-JEK<br><br>**JURY TRIAL DEMANDED** |

## APPLE INC.'S PARTIAL MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Apple Inc. respectfully moves to dismiss the claims of induced infringement, contributory infringement, and willful infringement in Counts I, II, and III of the Complaint (ECF No. 1) filed by Plaintiff SiOnyx, LLC. As grounds for this motion, Apple relies upon its accompanying memorandum of law in which it explains how SiOnyx's Complaint fails to state pre- and post-suit claims upon which relief can be granted for induced infringement, contributory infringement, and willful infringement of United States Patent Nos. 9,064,764, 10,224,359, and 11,721,714 (collectively, the "asserted patents"). With respect to all such claims, SiOnyx does not allege that Apple had pre-suit knowledge of the asserted patents. Furthermore, regarding willful infringement, SiOnyx fails to plead that Apple knew or should have known that its activities infringed the asserted patents or that Apple had a specific intent to infringe, and SiOnyx does not plausibly allege that the mere filing of its Complaint is enough to support a claim of post-suit willful infringement. With respect to SiOnyx's pre- and post-suit indirect infringement claims, SiOnyx's Complaint is also deficient because SiOnyx merely recites the legal elements of induced and contributory

infringement without including plausible allegations that those elements are met by any Apple conduct.

| | |
|---|---|
| Dated: November 18, 2024 | Respectfully submitted,<br><br>*/s/ Michael Strapp*<br>Michael Strapp (BBO #653884)<br>Safraz Ishmael (BBO #657881)<br>Claire E. Schuster (BBO #698400)<br>**DLA Piper LLP (US)**<br>33 Arch Street, 26th Floor<br>Boston, MA 02110-1447<br>Telephone: 617.406.6031<br>Facsimile: 617.406.6100<br>michael.strapp@us.dlapiper.com<br>safraz.ishmael@us.dlapiper.com<br>claire.schuster@us.dlapiper.com<br><br>*Attorneys for Defendant Apple Inc.* |

## CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), on November 18, 2024, counsel for Apple conferred with SiOnyx's counsel in a good faith attempt to resolve or narrow the issues raised by this motion. Counsel for SiOnyx indicated that SiOnyx opposes Apple's partial motion to dismiss.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Apple believes that oral argument may assist the Court. Apple requests oral argument on this motion.

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 18th day of November 2024, all counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via email. Any other counsel of record will be served by first class mail.

*/s/ Michael Strapp*
Michael Strapp