# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIONYX, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>APPLE INC.,<br><br>    *Defendant*. | C.A. No. 1:24-cv-12354-JEK<br><br>**JURY TRIAL DEMANDED** |

## APPLE INC.'S UNOPPOSED MOTION TO SEAL

Pursuant to Local Rule 7.2, Apple hereby moves to seal its Motion to Strike and Partial Motion to Dismiss Plaintiff's First Amended Complaint and its Memorandum in Support of its Motion. Counsel for Apple reached out to counsel for SiOnyx for its position on this motion, and SiOnyx does not oppose this motion.

WHEREFORE, Apple respectfully requests that the Court allow this motion and permit Apple to file under seal its Motion to Strike and Partial Motion to Dismiss Plaintiff's First Amended Complaint and its Memorandum in Support of its Motion.

| | |
|---|---|
| Dated: January 6, 2025 | Respectfully submitted,<br><br>*/s/ Michael Strapp*<br>Michael Strapp (BBO #653884)<br>Safraz Ishmael (BBO #657881)<br>Claire E. Schuster (BBO #698400)<br>**DLA Piper LLP (US)**<br>33 Arch Street, 26th Floor<br>Boston, MA 02110-1447<br>Telephone: 617.406.6031<br>Facsimile: 617.406.6100<br>michael.strapp@us.dlapiper.com<br>safraz.ishmael@us.dlapiper.com<br>claire.schuster@us.dlapiper.com |

Erin Gibson (*pro hac vice*)
**DLA Piper LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Telephone: 202.799.4000
Facsimile: 202.799.5000
erin.gibson@us.dlapiper.com

Brian Erickson (*pro hac vice*)
**DLA Piper LLP (US)**
303 Colorado Street, Suite 3000
Austin, TX 78701-4653
Telephone: 512.457.7000
Facsimile: 512.457.7001
brian.erickson@us.dlapiper.com

Paulina Starostka (*pro hac vice*)
**DLA Piper LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606
Telephone: 312.368.4000
Facsimile: 312.251.5708
paulina.starostka@us.dlapiper.com

Mary Dahl (*pro hac vice*)
**DLA Piper LLP (US)**
3203 Hanover Street, Suite 100
Palo Alto, CA 94304
Telephone: 650.833.2000
Facsimile: 650.833.2001
mary.dahl@us.dlapiper.com

*Attorneys for Defendant Apple Inc.*

## CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), Apple's counsel conferred with SiOnyx's counsel on January 3, 2025 in a good faith attempt to resolve the issues raised by this motion. Counsel for SiOnyx indicated that SiOnyx does not oppose Apple's motion to seal.

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 6th day of January 2025, all counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via email. Any other counsel of record will be served by first class mail.

                                          */s/ Michael Strapp*
                                          Michael Strapp

1616021501