IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIONYX, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. | C.A. No. 1:24-cv-12354-JEK <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF MICHAEL STRAPP IN SUPPORT OF
APPLE INC.'S RENEWED UNOPPOSED MOTION TO SEAL**

I, Michael Strapp, declare as follows:

1. I am a partner with the law firm of DLA Piper LLP (US), counsel for Apple Inc. ("Apple") in the above-captioned matter. I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto.

2. I am licensed to practice law in the Commonwealth of Massachusetts.

3. I make this declaration in support of Apple's Renewed Unopposed Motion to Seal Exhibit A to its Memorandum in Support of its Motion to Strike and Partial Motion to Dismiss ("Memorandum"), and the portions of the Memorandum and the Motion to Strike and Partial Motion to Dismiss ("Motion") that concern the contents of Exhibit A to the Memorandum.

4. Exhibit A is a true and correct copy of an agreement between Apple and SiOnyx. This agreement is confidential and contains confidential business information concerning Apple and SiOnyx's relationship and course of conduct.

5. Apple's Motion and Memorandum rely upon, cite to, and quote from the Agreement. As such, Apple seeks to seal those portions of the Motion and Memorandum that

specifically reference Exhibit A. Apple provides herewith proposed redacted versions of the Motion and Memorandum.

6. Apple would suffer competitive harm if the confidential information it seeks to seal were publicly disclosed. Apple treats this information as confidential and limits access to this information due to its competitive sensitivity.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2025

/s/ *Michael Strapp*  
Michael Strapp