**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SIONYX, LLC,<br><br>       *Plaintiff*,<br><br>   v.<br><br>APPLE INC.,<br><br>       *Defendant*. | C.A. No. 1:24-cv-12354-JEK<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO STAY PENDING SETTLEMENT**

Pursuant to Local Rule 7.1, Plaintiff SiOnyx, LLC ("SiOnyx") and Defendant Apple Inc. ("Apple") respectfully jointly move the Court to stay the litigation until May 30, 2025 in view of the fact that the parties have reached an agreement in principle to settle the case. Good cause exists to grant the stay because it will conserve party and judicial resources while the parties prepare the final settlement agreement.

WHEREFORE, SiOnyx and Apple respectfully request that the Court grant their joint motion to stay this case pending settlement.

| | |
|---|---|
| Dated: April 28, 2025 | Respectfully submitted, |
| /s/ Gwendolyn E. Tawresey | /s/ Michael Strapp |
| Gwendolyn E. Tawresey<br>William D. Belanger<br>Gregory D. Len<br>Pantelis Takos<br>Brittany Reeves<br>Troutman Pepper Locke LLP<br>19th Floor, High Street Tower<br>125 High Street<br>Boston, Massachusetts 02110<br>Tel: 617.204.5100<br>Fax: 617.204.5150<br>Gwendolyn.Tawresey@Troutman.com<br>William.Belanger@Troutman.com<br>Gregory.Len@Troutman.com<br>Pantelis.Takos@Troutman.com<br>Brittany.Reeves@Troutman.com<br><br>Ryan Deck<br>Troutman Pepper Locke LLP<br>301 Carnegie Center, Suite 400<br>Princeton, New Jersey 08540<br>Tel: 609.452.0808<br>Fax: 609.452.1147<br>ryan.deck@troutman.com<br><br>*Counsel for Plaintiff*<br>*SiOnyx, LLC* | Michael Strapp (BBO #653884)<br>Safraz Ishmael (BBO #657881)<br>Claire E. Schuster (BBO #698400)<br>**DLA Piper LLP (US)**<br>33 Arch Street, 26th Floor<br>Boston, MA 02110-1447<br>Telephone: 617.406.6031<br>Facsimile: 617.406.6100<br>michael.strapp@us.dlapiper.com<br>safraz.ishmael@us.dlapiper.com<br>claire.schuster@us.dlapiper.com<br><br>Erin Gibson (*pro hac vice*)<br>**DLA Piper LLP (US)**<br>500 Eighth Street, NW<br>Washington, DC 20004<br>Telephone: 202.799.4000<br>Facsimile: 202.799.5000<br>erin.gibson@us.dlapiper.com<br><br>Brian Erickson (*pro hac vice*)<br>**DLA Piper LLP (US)**<br>303 Colorado Street, Suite 3000<br>Austin, TX 78701-4653<br>Telephone: 512.457.7000<br>Facsimile: 512.457.7001<br>brian.erickson@us.dlapiper.com<br><br>Paulina Starostka (*pro hac vice*)<br>**DLA Piper LLP (US)**<br>444 West Lake Street, Suite 900<br>Chicago, IL 60606<br>Telephone: 312.368.4000<br>Facsimile: 312.251.5708<br>paulina.starostka@us.dlapiper.com<br><br>Mary Dahl (*pro hac vice*)<br>**DLA Piper LLP (US)**<br>3203 Hanover Street, Suite 100<br>Palo Alto, CA 94304<br>Telephone: 650.833.2000<br>Facsimile: 650.833.2001 |

mary.dahl@us.dlapiper.com
*Attorneys for Defendant Apple Inc.*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to L.R. 7.1, counsel for Defendant certifies that he conferred with counsel for Plaintiff with regard to the present Motion on April 25, 2025. Plaintiff joins with Defendant in seeking the relief set forth in this Motion.

*/s/ Michael Strapp*
Michael Strapp

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 28, 2025.

*/s/ Michael Strapp*
Michael Strapp