# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIONYX, LLC,<br><br>*Plaintiff,*<br><br>vs.<br><br>APPLE INC.,<br><br>*Defendant*. | Civil Action No. 1:24-cv-12354-JEK |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff SiOnyx, LLC ("Plaintiff") and Defendant Apple Inc. ("Defendant") have resolved Plaintiff's claims for relief against Defendant and Defendant's claims, defenses, and/or counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses, and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court, and expenses borne by the party incurring same.

| | |
|---|---|
| Dated: May 23, 2025 | Respectfully submitted, |
| */s/ Gwendolyn E. Tawresey* | */s/ Michael Strapp* |
| Gwendolyn E. Tawresey | Michael Strapp (BBO #653884) |
| William D. Belanger | Safraz Ishmael (BBO #657881) |
| Gregory D. Len | Claire E. Schuster (BBO #698400) |
| Pantelis Takos | **DLA Piper LLP (US)** |
| Brittany Reeves | 33 Arch Street, 26th Floor |
| **Troutman Pepper Hamilton Sanders LLP** | Boston, MA 02110-1447 |
| 19th Floor, High Street Tower | Telephone: 617.406.6031 |
| 125 High Street | Facsimile: 617.406.6100 |
| Boston, MA 02110 | michael.strapp@us.dlapiper.com |
| Telephone: 617.204.5100 | safraz.ishmael@us.dlapiper.com |
| Facsimile: 617.204.5150 | claire.schuster@us.dlapiper.com |
| SiOnyx_Apple@Troutman.com | |
| Gwendolyn.Tawresy@Troutman.com | Erin Gibson (*pro hac vice*) |
| William.Belanger@Troutman.com | **DLA Piper LLP (US)** |
| Gregory.Len@Troutman.com | 500 Eighth Street, NW |
| Pantelis.Takos@Troutman.com | Washington, DC 20004 |
| Brittany.Reeves@Troutman.com | Telephone: 202.799.4000 |
| | Facsimile: 202.799.5000 |
| Ryan Deck | erin.gibson@us.dlapiper.com |
| **Troutman Pepper Hamilton Sanders LLP** | |
| 301 Carnegie Center, Suite 400 | Brian Erickson (*pro hac vice*) |
| Princeton, NJ 08540 | **DLA Piper LLP (US)** |
| Telephone: 609.452.0808 | 303 Colorado Street, Suite 3000 |
| Facsimile: 609.452.1147 | Austin, TX 78701-4653 |
| Ryan.Deck@Troutman.com | Telephone: 512.457.7000 |
| | Facsimile: 512.457.7001 |
| *Attorneys for Plaintiff SiOnyx, LLC* | brian.erickson@us.dlapiper.com |
| | |
| | Paulina Starostka (*pro hac vice*) |
| | **DLA Piper LLP (US)** |
| | 444 West Lake Street, Suite 900 |
| | Chicago, IL 60606 |
| | Telephone: 312.368.4000 |
| | paulina.starostka@us.dlapiper.com |
| | |
| | Mary Dahl (*pro hac vice*) |
| | **DLA Piper LLP (US)** |
| | 3203 Hanover Street, Suite 100 |
| | Palo Alto, CA 94304 |
| | Telephone: 650.833.2000 |
| | mary.dahl@us.dlapiper.com |
| | |
| | *Attorneys for Defendant Apple Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2025, a true and accurate copy of the foregoing document was delivered to all counsel of record via CM/ECF.

>*/s/Gwendolyn E. Tawresey*
>Gwendolyn E. Tawresey